UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARQUISE BURROW,                                    JUDGMENT
                                                    16-CV- 4216 (ERK)
                        Plaintiff,

    -against-

THE CITY OF NEW YORK, P.O. GREGORY
HOWARD, Tax ID No. 944042, Individually and
In His Official Capacity, DETECTIVE OMAR
DELCID, Tax ID No. 936454, Individually
and In His Official Capacity, DETECTIVE RICHARD
DINKLE, Tax ID No. 934780, Individually and In His
Official Capacity, and P.O.s "JOHN DOE" #1-19,
Individually and in their Official Capacities, (the name
"John Doe" being fictitious, as the true names are
presently unknown),

                        Defendants.
-------------------------------------------------------------X

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on August 28, 2017, adopting the unopposed Report and Recommendation of Magistrate Judge Roanne L. Mann, dated August 4, 2017; dismissing the action with prejudice for lack of prosecution and for Plaintiff's obstruction of discovery; it is

ORDERED and ADJUDGED that the action is dismissed with prejudice for lack of prosecution and for Plaintiff's obstruction of discovery.

Dated: Brooklyn, New York                           Douglas C. Palmer
       August 30, 2017                              Clerk of Court

                                            by:    */s/ Janet Hamilton*
                                                   Deputy Clerk